IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02200-WYD-KLM

DIANA BAUMANN,

    Plaintiff,

v.

COLLECTIONS TRAINING INSTITUTE OF ILLINOIS, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that the Stipulation of Dismissal with Prejudice is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated: January 11, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge